■ ROBERT KIMBER, Appellant, v BAILLIE LUMBER CO., Defendant, and BROOKS FORESTRY AND RESEARCH MANAGEMENT CORPORATION, Respondent. [951 NYS2d 416]—Appeal from an order of the Supreme Court, Lewis County (Charles C. Merrell, J.), entered February 3, 2012. The order, among other things, limited plaintiff's potential damages against defendant Brooks Forestry and Research Management Corporation.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.

■ LAURIE KASH, Individually and as Limited Administrator of the Estate of GERTRUDE KASH, Deceased, Appellant, v JEWISH HEALTH CARE SYSTEM OF ROCHESTER, INC., et al., Respondents. (Appeal No. 1.) [951 NYS2d 416]—Appeal from an order of the Supreme Court, Monroe County (David Michael Barry, J.), entered August 12, 2011 in a declaratory judgment action. The order, inter alia, determined that defendants are entitled to a declaration that plaintiff breached a confidentiality agreement between the parties.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977 [1989]). Present—Centra, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.